upon an order made June 23, 1893, which denied a motion for a new trial and ordered judgment in favor of defendant upon the nonsuit directed by the court on trial at Circuit.

*P. Chamberlain, Jr.*, for appellant.

*Theodore Bacon* for respondents.

Agree to affirm ; no opinion.
All concur, except PECKHAM, J., dissenting.
Judgment affirmed.

---

MARY H. OAKLEY, Appellant, *v.* GEORGE W. OAKLEY et al.,
Respondents.

(Argued November 1, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1893, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term dismissing the complaint and denying a motion for a new trial.

*Reuben H. Underhill* for appellant.

*Hector M. Hitchings* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.